John Eugene PADGETT, alias Francis B. Thomas, v. STATE.

No. 17884.

Court of Criminal Appeals of Texas.

Dec. 4, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

Robert Lee ROBINSON v. STATE.

No. 17784.

Court of Criminal Appeals of Texas.

Nov. 27, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for four years.

The indictment appears regular and regularly presented. The facts heard upon the trial are not brought forward for review. No complaints of the ruling of the trial court are presented by bills of exception or otherwise.

No error having been perceived, the judgment is affirmed.

Robert Lee ROBINSON v. STATE.

No. 17785.

Court of Criminal Appeals of Texas.

Nov. 27, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for four years.

The indictment appears regular. The record is before this court without statement of facts and bills of exception. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

Robert Lee ROBINSON v. STATE.

No. 17786.

Court of Criminal Appeals of Texas.

Nov. 27, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for four years.

The indictment appears regular and regularly presented. The record is here without statement of facts and bills of exception. Nothing has been presented which would require a reversal or further discussion.

The judgment is affirmed.